FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 DEC 14 PM 2:36

CLERK_____
SO. DIST. OF GA.

DWAYNE STOVALL,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )          CASE NO. CV412-204
                                   )
STATE DISTRICT ATTORNEY;           )
LIBERTY COUNTY SHERIFF STEVE       )
SIKES; and LIBERTY COUNTY          )
JAIL ADMINISTRATOR DOUGLAS         )
FRANKS;                            )
                                   )
        Defendants.                )
                                   )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed.  After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.  Plaintiff's claims against Defendant State District Attorney and Plaintiff's legal mail and research claims are **DISMISSED**.  However, Plaintiff's remaining claims will proceed.

SO ORDERED this _14th_ day of December 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA