IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWAYNE STOVALL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-204
)
STATE DISTRICT ATTORNEY; )
LIBERTY COUNTY SHERIFF STEVE )
SIKES; and LIBERTY COUNTY )
JAIL ADMINISTRATOR DOUGLAS )
FRANKS; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's claims against Defendant State District Attorney and Plaintiff's legal mail and research claims are **DISMISSED**. However, Plaintiff's remaining claims will proceed.

SO ORDERED this 14th day of December 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA